AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>**DAVID MATTHEW HALLMAN**<br>*Defendant* | )<br>)<br>) Case No.     1:12CR10-1<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **DAVID MATTHEW HALLMAN** ,
who is accused of an offense or violation based on the following document filed with the court:

**X** Indictment    ❒ Superseding Indictment    Information    Superseding Information    Complaint
❒ Probation Violation Petition    Supervised Release Violation Petition    Violation Notice    Order of the Court

This offense is briefly described as follows:

Use minor to engage in sexually explicit conduct for purpose of producing visual depiction of such conduct in violation of 18:2251 (a) and (e) and 2.

***The U.S. Attorney is requesting a detention hearing.*** In the event the defendant is released, the U.S. Attorney recommends that the Adam Walsh Sex Offender Specific Conditions be a part of release conditions.

Date:    Jan 27, 2012

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state:    Greensboro, North Carolina

/s/ Joy Daniel, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                              Weight:

Sex:                                                 Race:

Hair:                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: